ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Siemens Government Technologies, Inc.    )    ASBCA No. 62806

ADMINISTRATIVE ORDER OF DISMISSAL

By Order entered on July 25, 2024, the United States Court of Federal Claims directed the transfer of ASBCA No. 62806 to its docket for further processing in Siemens Government Technologies, Inc. v. The United States, case no. 22-1870 C.  Accordingly, ASBCA No. 62806 is transferred to the Court and administratively dismissed from the Board's docket.

Date:  August 8, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

Attachment

# United States Court of Federal Claims

**717 MADISON PLACE, NW**
**WASHINGTON, DC 20439**

OFFICE OF THE CLERK OF COURT
**(202) 357-6406**



July 30, 2024

Judge John J. Thrasher, Chairman
Armed Services Board of Contract Appeals
5109 Leesburg Pike
Skyline Six, Suite 700
Falls Church, VA 22041-3201

Re: *Siemens Government Technologies, Inc. v. The United States,*
*Case No. 22-1870* **C**

Dear Judge Thrasher:

On July 25, 2024, Senior Judge Eric G. Bruggink entered an Order in the above-referenced case directing the transfer of plaintiff's claim, ASBCA No. 62806, to the United States Court of Federal Claims, pursuant to 41 U.S.C. § 7107(d). In accordance with the judge's direction, a certified copy of the order is being served on you. Please transfer the Board's record at your earliest convenience. If you have any questions, please contact the Clerk's Office at (202) 357-6406. Thank you.

Sincerely,

Harold M. Wymbs
Case Administration Supervisor

Enclosures

cc: *via CM/ECF only*
    Senior Judge Eric G. Bruggink
    Robert S. Nichols, Esquire
    Elizabeth A. Speck, Esquire

# In the United States Court of Federal Claims

No. 22-1870C
(Filed: July 25, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SIEMENS GOVERNMENT TECHNOLOGIES, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the representations made in the joint status report of July 15, 2024, and made during the status conference held on July 25, 2024, the stay in this matter is lifted. We also grant plaintiff's unopposed request to consolidate this matter with plaintiff's pending claims at the Armed Services Board for Contract Appeals ("ASBCA"). Accordingly, the following is ordered:

1. The stay in this case is hereby lifted.

2. Pursuant to 41 U.S.C. § 7107(d), the court hereby consolidates this action with plaintiff's pending ASBCA claim, docketed at the board as ASBCA No. 62806. That case shall be transferred to this court and consolidated with the above-captioned case.

3. The clerk's office is directed to serve a copy of this order on the ASBCA at:

Attn: Judge John J. Thrasher, Chairman
Armed Services Board of Contract Appeals
5109 Leesburg Pike
Skyline Six, Suite 700
Falls Church, VA 22041-3201

4. Plaintiff is directed to file an amended, post-consolidation complaint on or before August 19, 2024.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge

Certified to be a true and corect copy of the original
Lisa L Reyes, Clerk of Court
U S. Court of Federal Claims
DATE: 7/30/2024
DEPUTY CLERK:

2